UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                          Chapter 11

Konstan Realty LLC,                                  Case No.

**Rule 1007-4 Affidavit**

                    Debtor.
-------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.:

Irini Laskaratos, being duly sworn, deposes and says:

1. I am the sole member of Konstan Realty LLC, the debtor herein, and I submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules of this Court.

2. The debtor is a small business debtor within the meaning of Bankruptcy Code Section 101(51D). The nature of the debtor's business is collection of rental income and filed under Chapter 11 because of a predatory lending scheme wherein a $781 default put the loan in default and the lender refused to accept further payments.

3. This case was originally filed under Chapter 11 of the Bankruptcy Code.

4. No committees were formed prior to this filing

5. Pursuant to Bankruptcy Rule 1007 and the local rules of this Court, the debtor is required to file a list of the twenty (20) largest claims which is attached.

6. With respect to the secured creditors, a copy of Schedule D is attached hereto.

7. The debtor's assets total over $3,100,000.00 and its liabilities total over $1,700,000.00.

8. Irino Laskaratos is a 100% member.

9. None of the debtor's property is in the possession or custody of any public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, assignee of rents, liquidator, secured creditor, or agent of any such persons.

10. The debtor owns commercial and residential real property known as 84 Hoyt Street, Brooklyn. The debtor's books and records are located at 575 80th Street, Brooklyn NY.

11. The debtor's main asset is the commercial/residential real property located at 84 Hoyt Street, Brooklyn.

12. Prior to the filing, a sale date was scheduled for July 2, 2015.

13. The company is run by me.

14. The monthly payroll for the last 30 days to the employees, excluding me was $0.00.

15. The amount proposed to be paid for the 30 days following the filing of the Chapter 11 petition to officers or directors is $0.00.

16. A copy of the estimated cash receipts and disbursements are attached.

17. The debtor desires to continue the operation of its business and management of its property pursuant to the provisions of Chapter 11, Title 11, of the United States Code.

18. The needs and interests of the debtor and its creditors will best be served by the debtor's continued operation and management of its business. The debtor believes that the interest of all parties would best be served by the continuation of its operation and management of its business as a Debtor-in-Possession under Chapter 11.

Sworn to before me this
1st day of July, 2015

s/ [signature]
Notary Public

S/ [signature]
Irini Laskaratos

SCOTT R. SCHNEIDER
Notary Public, State of New York
Reg. No. 02SC4982376
Qualified in Suffolk County
My Commission Expires 06/03/2003